No. 87–5819.  Ward v. McNamara, Former Director, Division of Prisons, North Carolina Department of Correc-

TIONS, ET AL. C. A. 4th Cir. Certiorari denied.